1  Kelly H. Dove, Esq.
   Nevada Bar No. 10569
2  Karl O. Riley, Esq.
   Nevada Bar No. 12077
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Pkwy.
4  Suite 1100
   Las Vegas, Nevada 89169
5  Phone: (702) 784-5200
   Facsimile: (702) 784-5252
6  Email: kdove@swlaw.com
7         kriley@swlaw.com
   *Attorneys for Defendant Wells Fargo Bank,*
8  *N.A., erroneously named as Wells Fargo*
   *Home Mortgage, Inc.*
9

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARVIN DUNLAP SR., | Case No.: 2:17-cv-01639-JCM-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE RESPONSE TO COMPLAINT** |
| v. | |
| WELLS FARGO HOME MORTGAGE, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC, | **FIRST REQUEST** |
| Defendants. | |

Plaintiff Marvin Dunlap ("Plaintiff"), and Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage, Inc. ("Wells Fargo," together with Plaintiff, the "Parties"), by and through their attorneys, hereby stipulate to extend the time for Wells Fargo to respond to Plaintiff's Complaint.

WHEREAS, Plaintiff filed the Complaint on June 13, 2017;

WHEREAS, it is unknown if or when Plaintiff served Wells Fargo with the complaint; thus, this request is timely;

WHEREAS, Wells Fargo needs additional time to procure information to respond to the Complaint;

WHEREAS, Wells Fargo requested, and Plaintiff agreed, to extend Wells Fargo's time to

respond to Plaintiff's Complaint;

WHEREAS, this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Wells Fargo shall respond to Plaintiff's Complaint on or before July 31, 2017.

IT IS SO STIPULATED.

Date: July 12, 2017.

By: /s/ *Karl O. Riley*
Kelly H. Dove, Esq.
Karl O. Riley, Esq.
**SNELL & WILMER L.L.P.**
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, Nevada 89169
Phone: (702) 784-5200
Fax: (702) 784-5252

*Attorneys for Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage, Inc.*

Date: July 12, 2017.

By: /s/ *Sean N. Payne*
Sean N. Payne, Esq.
**PAYNE LAW FIRM LLC**
9550 S. Eastern Ave., Ste. 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
Fax: (702) 462-7227

David H. Krieger, Esq.
8985 S. Eastern Ave., Ste. 350
**HAINES & KRIEGER, LLC**
Henderson, Nevada 89123
Phone: (702) 880-5554
Fax: (702) 385-5518

Matthew I. Knepper, Esq.
Miles N. Clark, Esq.
**KNEPPER & CLARK, LLC**
10040 W. Cheyenne Ave., Ste. 170-109
Las Vegas, Nevada 89129
Phone: (702) 825-6060
Fax: (702) 447-8048

*Attorneys for Plaintiff Marvin Dunlap Sr.*

**ORDER**

**IT IS ORDERED THAT** Wells Fargo shall respond to Plaintiff's Complaint on or before July 31, 2017.

**IT IS SO ORDERED.**

DATED: July __13__, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

4831-1793-6971.3