JASON G. REVZIN
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARVIN DUNLAP SR., <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO HOME MORTGAGE, INC. EXPERIAN INFORMATION SOLUTIONS INC., TRANS UNION, LLC, <br><br> Defendants. | Case No. 2:17-cv-01639-JCM-GWF <br><br> **JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

COME NOW Plaintiff Marvin Dunlap Sr. ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, and file their Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

On June 13, 2017, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is July 14, 2017. Trans Union is in need of additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint. Plaintiff has agreed to extend the deadline in which Trans Union has to file responsive pleadings to Plaintiff's Complaint until August 14, 2017. This is the first

/ / /

/ / /

/ / /

/ / /

4848-2149-4859.1

1

stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

DATED: July 17, 2017

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

_____/s/ Jason G. Revzin_____
JASON G. REVZIN
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
Email:  Jason.revzin@lewisbrisbois.com
**Counsel for Trans Union LLC**

**PAYNE LAW FIRM LLC**

_____/s/ Sean N. Payne_____
SEAN N. PAYNE
9550 S Eastern Ave, Suite 253-A213
Las Vegas, NV 89123
(702) 952-2733
(702) 462-7227 Fax
Email: seanpayne@spaynelaw.com
AND
DAVID H. KRIEGER
Nevada Bar No. 9086
**Haines & Krieger, LLC**
8985 S. Eastern Ave, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com
AND
MATTHEW I KNEPPER
MILES N CLARK
**Knepper & Clark LLC**
10040 W Cheyenne Ave, Suite 170-109
Las Vegas, NV 89129
(702) 825-6060
(702) 462-7227 Fax
Email: Matthew.knepper@knepperclark.com
Email: Miles.clark@knepperclark.com
**Counsel for Plaintiff**

**ORDER**

IT IS SO ORDERED:

_George Foley Jr._____
 UNITED STATES MAGISTRATE JUDGE
DATED: _____July 19, 2017_____